IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GERALD ROSS PIZZUTO,<br><br>Petitioner-Appellant,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF CORRECTION<br><br>Movant-Appellee;<br><br>BREE DERRICK, Director of Idaho Department of Correction<br><br>Defendant. | 6th Cir. No. 25-5826<br><br>MOTION FOR EXTENSION OF TIME |

For the reasons set forth below, Appellant Gerald Ross Pizzuto, Jr. respectfully requests a 30-day extension of time within which to file his opening brief, moving the deadline from November 10 to December 10, 2025.

1. The brief is currently due on November 10, 2025.

2. Mr. Pizzuto has not previously sought an extension in the appeal.

3. Undersigned counsel has begun to prepare the brief.

4. However, undersigned counsel's obligations in other matters prevent him from completing the brief by the current deadline with the care and attention required.

Therefore, Mr. Pizzuto respectfully seeks 30 additional days to file the opening brief, which would change the due date from November 10 to December 10, 2025.

Respectfully submitted this 6th day of November 2025.

*/s/ Jonah J. Horwitz*

Jonah J. Horwitz
Assistant CHU Chief
Fed. Def. Servs. of Idaho
Capital Habeas Unit
702 W. Idaho St., Ste. 900
Boise, ID 83702
(208) 331-5540
Jonah_Horwitz@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

Cody Nash Brandon
Office of the Tennessee Attorney General

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz