IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., Petitioner-Appellant, v. TENNESSEE DEPARTMENT OF CORRECTION, Movant-Appellee; BREE DERRICK, Director of Idaho Department of Correction, Defendant. | ) | 6th Cir. No. 25-5826 STATUS REPORT |

Pursuant to the Court's order, *see* Dkt. 14-2, Appellant Gerald Ross Pizzuto, Jr. files this status report. Since the last status report, *see* Dkt. 19, no developments have occurred in the underlying litigation in the federal district court case in Idaho.

Respectfully submitted this 23rd day of October 2026.

*/s/ Jonah J. Horwitz*

Jonah J. Horwitz
702 W. Idaho St., Ste. 900
Boise, ID 83702
(208) 331-5540
Jonah_Horwitz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which is designed to send a Notice of Electronic Filing to persons including the following:

Cody Nash Brandon
Office of the Tennessee Attorney General

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz